UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

LaFARGE AGGREGATES ILLINOIS, INC., an
Illinois Corporation
7N394 South McLean Boulevard
South Elgin, IL 60177

and

ZURICH AMERICAN INSURANCE
COMPANY, a New York Corporation
4 World Trade Center
150 Greenwich Street
New York, NY 10007-2366;
      Plaintiffs

v.

WRBM, LLC d/b/a WESTERN RIVERS BOAT
MANAGEMENT, INC., a Delaware Limited
Liability Company
Laurie Miller, Registered Agent
2660 W. Park Dr., Ste. 2,
Paducah, KY 42001

and

WESTERN RIVERS BOAT MANAGEMENT,
INC., an Arkansas Corporation
2660 South Fourth Street
Paducah, KY 42003
      Defendants

CASE NO.

5:22-cv-10-TBR

## COMPLAINT

Now come the Plaintiffs, LaFARGE AGGREGATES ILLINOIS, INC. and ZURICH AMERICAN INSURANCE COMPANY as Subrogee of LaFARGE AGGREGATES ILLINOIS, INC., by and through their counsel, and state their claim for relief as follows:

## PARTIES

1. Plaintiff, LaFARGE AGGREGATES ILLINOIS, INC. (hereinafter "LaFARGE") is an Illinois corporation engaged in the non-metallic mineral mining and quarrying industry that conducts operations near Smithland, Kentucky. As part of its operation in Smithland, LaFARGE owned and operated a floating dock system on the Cumberland River to accommodate the shipment of the materials that it produced.

2. Plaintiff, ZURICH AMERICAN INSURANCE COMPANY (hereinafter "ZAIC') is a New York corporation engaged in the insurance business with a statutory home office located at 4 World Trade Center, 150 Greenwich Street, New York, NY 10007, and its principal place of business located at 1299 Zurich Way, Schaumburg, Illinois 60196. It is authorized to transact business and has transacted business in the State of Kentucky. At all times relevant, ZAIC insured the property owned by LaFARGE, including its floating dock system on the Cumberland River in Smithland, Kentucky ("the Subject Dock"), under its policy no: MCP 0095197-03 with effective dates from October 1, 2019 to October 1, 2020 ("the Policy").

3. Defendant, WRBM, LLC d/b/a WESTERN RIVERS BOAT MANAGEMENT, INC. (hereinafter "WRBM") is a Delaware limited liability company engaged in the river transportation industry and operates commercial vessels on the Cumberland River, among other places. WRBM'S principal office is located at P.O. Box 300, Paducah, Kentucky 42002. WRBM may be served with process through its registered agent, Laurie Miller, 2660 W. Park Drive, Suite 2, Paducah, Kentucky 42001

4. Defendant, WESTERN RIVERS BOAT MANAGEMENT, INC. (hereinafter "WESTERN RIVERS") is an Arkansas corporation engaged in the river transportation industry and operates commercial vessels on the Cumberland River, among other places. WESTERN RIVERS' principal office is located at 2660 South Fourth Street, Paducah, Kentucky 42003. WESTERN RIVERS' registered agent for service of process is C T Corporation System, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201.

## JURISDICTION AND VENUE

5. This court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §1333(1) because the matter in controversy involves damages arising out of the operation of a vessel on navigable waterways.

6. Venue is proper in this district pursuant to 28 U.S.C. §1391 (b)(2) as a substantial part of events giving rise to the Plaintiffs' claims occurred in this district.

## FACTS COMMON TO ALL COUNTS

7. On or about January 22, 2020, a tugboat owned and operated by Defendant WRBM and/or WESTERN RIVERS was transporting a fifteen-barge tow downstream along the Cumberland River near Smithland, Kentucky.

8. During its operation, the WRBM and/or WESTERN RIVERS tugboat and/or its tow allided with a partially loaded barge moored at the LaFARGE facility upstream of the Subject Dock.

9. The impact of the aforementioned allision caused the partially loaded barge moored at the LaFARGE facility to move downstream where it hit the starboard bow of the Subject Dock.

10. As a result of the aforementioned allision, the Subject Dock suffered ruptures of the upstream hull steel and began taking on water.

11. As a result of the damage sustained to the Subject Dock, LaFARGE made a claim under the Policy to its property insurer, ZAIC.

12. Pursuant to its Policy obligations, ZAIC has made payments to LaFARGE in the amount of $5,659,315.40 for its property damage and increased costs of conducting its business and mitigating its loss of earnings.

13. ZAIC anticipates making additional payments to LaFARGE once the claim is fully adjusted.

14. As a result of and to the extent of its payments to LaFARGE, ZAIC is subrogated to its rights of recovery against any responsible third parties, including but not limited to WRBM and/or WESTERN RIVERS.

15. LaFARGE maintained a $167,000 deductible under its policy with ZAIC and anticipates other uninsured losses.

## COUNT I
## NEGLIGENCE v. WRBM

16. Plaintiffs repeat and re-allege paragraphs 1 through 15 as paragraphs 1 through 15 of this Count I as if fully stated herein.

17. At all times relevant, WRBM had a duty to use reasonable care and caution in the operation of its tugboat on the Cumberland River so as to avoid causing damage to the property of others, including LaFARGE.

18. Notwithstanding the aforementioned duty and in breach thereof, WRBM committed one or more of the following negligent acts and/or omissions:

    a. It operated its vessel on the Cumberland River at an excessive rate of speed;

    b. It failed to keep an adequate look-out for other vessels and/or fixed objects while operating its vessel on the Cumberland River;

    c. It failed to maintain control over the barges it was towing along the Cumberland River; and

    d. Was otherwise negligent.

19. As a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions by WRBM, LaFARGE suffered property damage and incurred significant expenses to mitigate business losses due to its inability to use the Subject Dock.

WHEREFORE, Plaintiffs, LaFARGE AGGREGATES ILLINOIS, INC. and ZURICH AMERICAN INSURANCE COMPANY as subrogee of LaFARGE AGGREGATES ILLINOIS, INC., requests judgment be entered in their favor and against the Defendant, WRBM, LLC d/b/a WESTERN RIVERS BOAT MANAGEMENT, INC. in an amount sufficient to fairly and reasonably compensate Plaintiffs for their damages as set out in this Complaint.

## COUNT II
## NEGLIGENCE v. WESTERN RIVERS

20. Plaintiffs repeat and re-allege paragraphs 1 through 19 as paragraphs 1 through 19 of this Count II as if fully stated herein.

21. At all times relevant, WESTERN RIVERS had a duty to use reasonable care and caution in the operation of its tugboat on the Cumberland River so as to avoid causing damage to the property of others, including LaFARGE.

22. Notwithstanding the aforementioned duty and in breach thereof, WESTERN RIVERS committed one or more of the following negligent acts and/or omissions:

    a. It operated its vessel on the Cumberland River at an excessive rate of speed;

    b. It failed to keep an adequate look-out for other vessels and/or fixed objects while operating its vessel on the Cumberland River;

    c. It failed to maintain control over the barges it was towing along the Cumberland River; and

    d. Was otherwise negligent.

23. As a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions by WESTERN RIVERS, LaFARGE suffered property damage and incurred significant expenses to mitigate business losses due to its inability to use the Subject Dock.

WHEREFORE, Plaintiffs, LaFARGE AGGREGATES ILLINOIS, INC. and ZURICH AMERICAN INSURANCE COMPANY as subrogee of LaFARGE AGGREGATES ILLINOIS, INC., requests judgment be entered in their favor and against the Defendant, WESTERN RIVERS BOAT MANAGEMENT, INC. in an amount sufficient to fairly and reasonably compensate Plaintiffs for their damages as set out in this Complaint.

Dated: January 21, 2022                        Respectfully Submitted,

                                            **BELL, ORR, AYERS & MOORE, P.S.C.**

                                            By:   /s/ Ian A. Loos

                                                     Ian A. Loos
                                                     1010 College Street
                                                     P.O. Box 738
                                                     Bowling Green KY 42102-0738
                                                     (270) 781-8111
                                                     (270) 781-9027 (fax)
                                                     Email: loos@boamlaw.com