UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCA DIVISION
CIVIL ACTION NO. 5:22-cv-10-GNS

LAFARGE AGGREGATES ILLINOIS, INC.                    PLAINTIFFS
and ZURICH AMERICAN INSURANCE
COMPANY,

v.

WRBM, LLC D/B/A WESTERN RIVERS                       DEFENDANTS
BOAT MANAGEMENT, INC. and
WESTERN RIVERS BOAT
MANAGEMENT, INC.

## **AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to settlement and the Stipulation for Dismissal entered by the parties hereto, this matter is dismissed in its entirety and with prejudice. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED

September 28, 2023
_____
Date

Greg N. Stivers, Chief Judge
United States District Court

**AGREED TO BY:**

/s/Ian A. Loos _____ _
Ian A. Loos
Bell, Orr, Ayers & Moore, P.S.C.
1010 College Street, P.O. Box 738
Bowling Green, KY  42102-0738
Tel: (270) 781-8111
Fax:  (270)781-9027
Email:  *loos@boamlaw.com*
*Counsel For Plaintiffs*

/s/Marc F. Katalinic (*pro hac vice*)   ___
Marc F. Katalinic
Nielsen Zehe & Antas, P.C.
55 West Monroe Street, Suite 1800
Chicago, IL 60603
Tel: (312)322-9900
Fax: (312)322-9977
Email: mkatalinic@nzalaw.com
*Counsel for Plaintiffs*

And

/s/Kent B. Ryan  (*pro hac vice*)_____
Kent B. Ryan
Ryan A. Hahn
Miller Hahn, PLLC
2660 West Park Drive, Suite 2
Paducah, Ky 42001
Tel: (270) 554-0051
Fax: (866) 578-2230
Email: kryan@millerlaw-firm.com
        rhahn@millerlaw-firm.com
*Counsel For Defendants*